ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**ED HULL**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>The Goodyear Tire & Rubber Company, an Ohio Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-09606-JFW-KS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　　IT IS HEREBY STIPULATED by and between the Plaintiff, Ed Hull, on the one hand, and Defendant The Goodyear Tire & Rubber Company, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant The Goodyear Tire & Rubber Company, from Plaintiff's Complaint, Case Number 2:20-cv-09606-JFW-KS.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: December 9, 2020         **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

                                By: /s/Anoush Hakimi
                                    Anoush Hakimi, Esq.
                                    Attorneys for Plaintiff, Ed Hull

Dated: December 9, 2020         **YOKA & SMITH, LLP**

                                By: /s/Christopher P. Leyel
                                    Christopher P. Leyel, Esq.
                                    Attorneys for Defendant, The Goodyear Tire & Rubber Company

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*

By: Anoush Hakimi
Attorney for Plaintiff Ed Hull

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS