JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>          Plaintiff,<br><br>     v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, AN OHIO CORPORATION; AND DOES 1-10,,<br><br>          Defendants. | Case No.: 2:20-cv-09606-JFW-KS<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [13]**<br><br>Action Filed: October 20, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendant, The Goodyear Tire & Rubber Company, ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated:  December 10, 2020

John F. Walter
United States District Judge

2
ORDER FOR DISMISSAL WITH PREJUDICE